Stephen M. Feldman, OSB No. 932674
Stephen.Feldman@ashurstperkins.com
Chad M. Colton, OSB No. 065774
Chad.Colton@ashurstperkins.com
Kayla L. Lindgren, OSB No. 254157
Kayla.Lindgren@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000

Maeve O'Connor (*pro hac vice forthcoming*)
mloconnor@debevoise.com
Elliot Greenfield (*pro hac vice forthcoming*)
egreenfield@debevoise.com
Brandon Fetzer (*pro hac vice forthcoming*)
bfetzer@debevoise.com
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: 212.909.6000

*Attorneys for Defendant adidas America, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| AMBER DOWNS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADIDAS AMERICA, INC.,<br><br>Defendant. | Case No. 3:26-cv-01008-JR (Lead Case)<br><br>(Consolidated Cases)<br>3:26-cv-01033-JR<br>3:26-cv-01079-JR<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT ADIDAS AMERICA, INC.** |

1- NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT ADIDAS AMERICA, INC.

**Ashurst Perkins Coie US LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000
Fax: +1.503.727.2222

021184.0143\187735946

CHRIS HUFANA, LAKENYA LEE,
PAUL QUINN, SONYA ALLEN, and
NICOLE ST. GEORGE, individually and
on behalf of all others similarly situated,

              Plaintiffs,

    v.

ADIDAS AMERICA, INC.,

              Defendant.

AARON PARISI and CARLOS ARIS,
individually and on behalf of all others
similarly situated,

              Plaintiffs,

    v.

ADIDAS AMERICA, INC.,

              Defendant.

TO:    All Parties and Their Counsel of Record

      PLEASE TAKE NOTICE that the undersigned attorneys hereby appear as the attorneys of record for Defendant adidas America, Inc. Copies of all documents and pleadings regarding this litigation, with the exception of original process, are to be served on undersigned counsel.

2-    NOTICE OF APPEARANCE ON BEHALF OF
      DEFENDANT ADIDAS AMERICA, INC.

021184.0143\187735946

DATED:  July 9, 2026.

**ASHURST PERKINS COIE US LLP**


By:*/s/ Stephen M. Feldman*
    Stephen M. Feldman, OSB No. 932674
    Stephen.Feldman@ashurstperkins.com
    Chad M. Colton, OSB No. 065774
    Chad.Colton@ashurstperkins.com
    Kayla L. Lindgren, OSB No. 254157
    Kayla.Lindgren@ashurstperkins.com
    1120 N.W. Couch Street, Tenth Floor
    Portland, Oregon 97209-4128
    Telephone: 503.727.2000

    Maeve O'Connor (*pro hac vice forthcoming*)
    mloconnor@debevoise.com
    Elliot Greenfield  (*pro hac vice forthcoming*)
    egreenfield@debevoise.com
    Brandon Fetzer (*pro hac vice forthcoming*)
    bfetzer@debevoise.com
    **DEBEVOISE & PLIMPTON LLP**
    66 Hudson Boulevard
    New York, New York 10001
    Telephone: 212.909.6000

    *Attorneys for Defendant adidas America, Inc.*

3-   NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT ADIDAS AMERICA, INC.

**Ashurst Perkins Coie US LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  +1.503.727.2000
Fax:  +1.503.727.2222

021184.0143\187735946